DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA

FOURTH DISTRICT

**LIVE YOUNG, PLLC** d/b/a **LIVE YOUNG CHIROPRACTIC,**
Appellant,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
Appellee.

No. 4D21-575
_____

**MIAMI SURGICAL CENTER, INC.** a/a/o **PEDRO PEREZ**
Appellant,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
Appellee.

4D21-1405,
_____

**PSHS ALPHA PARTNERS, LTD** d/b/a **LAKE WORTH SURGICAL CENTER** a/a/o **MAGUY DERONVIL**
Appellant,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
Appellee.

4D21-1408
_____

**JUPITER OUTPATIENT SURGERY CENTER, LLC** a/a/o **LAKENDRA POTTS**
Appellant,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
Appellee.

4D21-1409
————————————

**PSHS ALPHA PARTNERS, LTD** d/b/a **LAKE WORTH SURGICAL CENTER** a/a/o **BRENDA BOSLEY**
Appellant,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
Appellee.

4D21-1443
————————————

**PARK PLACE SURGERY CENTER, LLC** a/a/o **JOHNNY SOLER**
Appellant,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
Appellee.

4D21-1505
————————————

[July 14, 2021]

Consolidated appeals of nonfinal orders from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Louis H. Schiff and Ellen Feld, Judges; L.T. Case Nos. CONO20-000355, CACE20-21699, COWE19-000444, COWE20-014578, COWE20-16201, COWE20-019111, and COWE20-16948.

2

4D21-575

Chad A. Barr of Chad A. Barr Law, Altamonte Springs, for appellant.

Nancy W. Gregoire of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, and Deborah H. Braile, Jeffrey L. Baer, and Andrea M. Drawas of Goldstein Law Group, Fort Lauderdale, for appellee.

4D21-1405

Christina M. Kalin and John C. Daly of Daly & Barber, P.A., Plantation, for appellant.

Nancy W. Gregoire of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, for appellee.

4D21-1408

Christina M. Kalin and John C. Daly of Daly & Barber, P.A., Plantation, for appellant.

Nancy W. Gregoire of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, for appellee.

4D21-1409

Christina M. Kalin and John C. Daly of Daly & Barber, P.A., Plantation, for appellant.

Nancy W. Gregoire of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, for appellee.

Carri S. Leininger of Williams, Leininger & Cosby, P.A., North Palm Beach, for appellee.

4D21-1443

Christina M. Kalin and John C. Daly of Daly & Barber, P.A., Plantation, for appellant.

Nancy W. Gregoire of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, for appellee.

3

Christina M. Kalin and John C. Daly of Daly & Barber, P.A., Plantation, for appellant.

Nancy W. Gregoire of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, for appellee.

_____

PER CURIAM.

In these consolidated cases, the trial courts *sua sponte* entered orders transferring venue without any showing that plaintiffs' chosen venue was improper or that transfer was appropriate on forum non conveniens grounds. We issued an order directing the parties to show cause why these cases are not controlled by *Advanced Diagnostic Group v. Ocean Harbor Casualty Insurance Co.*, No. 4D21-458, 2021 WL 1310851 (Fla. 4th DCA Apr. 8, 2021), where this Court recently reversed a group of similar orders. Having considered the responses and replies, we conclude these cases are controlled by *Advanced Diagnostic.* Accordingly, we reverse and remand for further proceedings.

*Reversed and remanded.*

CONNER, C.J., MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***